[No. 59851-1-I.   Division One.   June 30, 2008.]

KYLE R. LIEN ET AL., *Appellants*, v. OSA ST. MARTIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-08891-3, Richard J. Thorpe, J., entered April 11, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Leach, J.

[No. 59972-1-I.   Division One.   June 30, 2008.]

ROSA SARAUSAD, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-17128-4, John P. Erlick, J., entered May 1, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60121-1-I.   Division One.   June 30, 2008.]

NATASHIA COLLIER, *Plaintiff*, TESSA GEARE ET AL., *Appellants*, v. DENNIS MOMAH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-05525-1, Deborah D. Fleck, J., entered May 30, 2006. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Lau, JJ.

[No. 60207-1-I.   Division One.   June 30, 2008.]

DONNELL JOHNSON, *Appellant*, v. WESTERN WASHINGTON UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-2-01662-1, Steven J. Mura, J., entered June 1, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Grosse, J.